882 P.2d 1280

**Rod de SZENDEFFY**

v.

**Diane THREADGILL, Town of Carefree.**

**No. CV–94–0303–PR.**

Supreme Court of Arizona.

Nov. 1, 1994.

ORDERED: Motion to Dismiss Petition for Review = DENIED.

FURTHER ORDERED: Petition for Review = DENIED.

Rules of Procedure for Arbitration.

---

**3.** We do not address court-annexed arbitration pursuant to A.R.S. § 12–133 and the Uniform

FURTHER ORDERED: Request for attorneys' fees = DENIED.